JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
ALFONSO APU

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFONSO APU,<br><br>    Defendant. | Case No. 1:15-CR-00233 DAD-BAM<br><br>**STIPULATION AUTHORIZING OUT-OF DISTRICT TRAVEL AND  ORDER THEREON** |

Defendant, ALFONSO APU, by and through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Patrick R. Delahunty, Assistant United States Attorney, hereby stipulate to authorize ALFONSO APU to travel outside the Eastern District of California to Las Vegas, Nevada to attend a business meeting from March 4, 2016 to March 6, 2016.

The reasons for Mr. Apu's out-of-district travel are as follows:

Alfonso Apu is the Director of Behavioral Health at Community Medical Centers, Inc. in Stockton, CA. Mr. Apu is scheduled to make a presentation at the National Counsel of Behavioral Health Trauma-Informed Primary Care Summit Meeting in Las Vegas, NV on March 5-6, 2016. The Summit Meetings will be held at Caesar's Palace and Mr. Apu will stay at the Paris hotel. Mr. Apu has provided the Pretrial Services Office with his travel itinerary

and his supervising Pretrial Services Officer, Ryan Beckwith has no objection to Mr. Apu's travel to Las Vegas, NV for business purposes.

The Order Setting Conditions of Release (Doc. 30), condition 7(c) restricts Mr. Apu's travel to the Eastern District of California, unless otherwise approved in advance by the PSO. Because the travel is outside the Eastern District and the State of California, the parties agree it is appropriate for the out-of-district travel to be authorized by the Court..

IT IS SO STIPULATED

Dated:  February 17, 2016                    /s/ John F. Garland
                                                              John F. Garland
                                                              Attorney for Defendant
                                                              Alfonso Apu

Dated: February 17, 2016                    Benjamin B. Wagner
                                                              United States Attorney

                                                               /s/  Patrick R. Delahunty
                                                              By:  PATRICK R. DELAHUNTY
                                                              Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that defendant ALFONSO APU is authorized to travel to Las Vegas, NV to attend a business meeting from March 4, 2016 to March 6, 2016.

All other terms of the defendant's pretrial release shall remain in effect.

IT IS SO ORDERED.

Dated:   **February 18, 2016**              /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE